

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00172-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Joseph **SALVAGGIO**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-04708
Honorable Richard E. Price,[1] Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that appellee Joseph Salvaggio recover his costs of appeal from appellant City of San Antonio.

SIGNED November 20, 2013.

_____
Rebeca C. Martinez, Justice

---

[1] The Honorable Richard E. Price, presiding judge of the 285th Judicial District Court, Bexar County, Texas, signed the judgment; however, the Honorable Martha Tanner, former presiding judge of the 57th Judicial District Court, Bexar County, Texas, presided over the summary judgment hearing.